1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:     (858) 550-6000
4  Facsimile:     (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   LORI R.E. PLOEGER (202113) (ploegerle@cooley.com)
6  Five Palo Alto Square
   3000 El Camino Real
7  Palo Alto, CA  94306-2155
   Telephone:     (650) 843-5000
8  Facsimile:     (650) 849-7400

9  Attorneys for Defendant
   eBay Inc.
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION
                                          *E-FILED - 8/8/07*
14

15  MICHAEL EWERT, on Behalf of Himself         Case No.  07-CV-2198 RMW
    and for the Benefit of All with Common or
16  General Interest, Any Persons Injured, and All   **STIPULATION AND [] ORDER
    Others Similarly Situated,                       CONTINUING CASE MANAGEMENT
17                                                    CONFERENCE**
                    Plaintiff,
18
            v.
19
    EBAY, INC., DOES 1 TO 100, inclusive,
20
                    Defendant.
21

22

23      **Whereas**, Plaintiff Michael Ewert filed his original complaint on or about April 20, 2007

24  and delivered but did not serve it on Defendant eBay, Inc. ("eBay").  As a result of an exchange

25  of information between the parties, Plaintiff filed his First Amended Complaint on or about July

26  18, 2007 and served it on eBay on July 25, 2007.  Accordingly, eBay's response to the First

27  Amended Complaint is due on August 14, 2007; and

28      **Whereas**, a case management conference in the above-captioned action is currently

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

                                          1.    **STIPULATION AND [] ORDER
                                                CONTINUING CASE MANAGEMENT CONFERENCE
                                                07-CV-2198 RMW**

1  scheduled for August 10, 2007.  This date precedes the date on which eBay may timely file a

2  response to the First Amended Complaint.

3      **Therefore**, the parties hereby stipulate and agree that the case management conference

4  currently scheduled for August 10, 2007 shall be continued until September 28, 2007, at 10:30

5  a.m., and the parties' Joint Case Management Conference Statement and [] Order is due

6  September 21, 2007.

7

8  SO STIPULATED.

9  Dated: August 2, 2007                    COOLEY GODWARD KRONISH LLP

10

11

12                                      **/s/Heather C. Meservy**

                                    Heather C. Meservy

13                                      e-mail: hmeservy@cooley.com

14                                      Attorneys for Defendant

                                    EBAY, INC.

15  Dated: August 2, 2007                    WILLIAMS KHERKEHER HART &
                                    BOUNDAS, LLP

16

17                                    /s/**John R. Fabry by Mr. Fabry's express permission, given telephonically to Ms. Meservy**

18                                      John R. Fabry

                                    e-mail: jfabry@williamskherkher.com

19

20                                      Attorneys for Plaintiff
                                    MICHAEL EWERT

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated:  8/8/07

23

24                                      Judge Ronald M. Whyte
                                    United States District Judge

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**STIPULATION AND [] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
07-CV-2198 RMW**