**E-FILED on** __03/23/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT,<br><br>    Plaintiff,<br><br>    v.<br><br>EBAY, INC., DOES 1 to 100, inclusive,<br><br>    Defendants. | No. C-07-02198 RMW<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND GRANTING PLAINTIFFS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br>**[Re Docket No. 46, 49]** |

    Defendant eBay, Inc. ("eBay") moves to dismiss plaintiff Michael Ewert's ("Ewert") complaint for failure to prosecute. Ewert opposes the motion, and moves for leave to file a second amended complaint. eBay's motion to dismiss for lack of prosecution is denied. Although ten months without action is not a desirable delay, it is not sufficient to justify dismissal without more prejudice than eBay has demonstrated. Plaintiff's motion for leave to file a second amended complaint is granted. The proposed amended complaint appears only to remove the claims on which the court sustained a motion to dismiss and add a claim for false advertising, which is also a result of the court's dismissal of the Auction Act claims.

1  The hearing scheduled for Friday, March 27, 2009 on the present motions is hereby vacated.
2  The parties shall appear for a case management conference on April 24, 2009 at 10:30 a.m..

5  DATED: 03/23/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Charles Stewart Bishop | cbishop@connbish.com |
| Patricia Ann Carlson | pcarltex@sbcglobal.net |
| John R. Fabry | jfabry@williamskherkher.com |

**Counsel for Defendants:**

| | |
|---|---|
| Heather Coe Meservy | hmeservy@cooley.com |
| Lori Renee Ellis Ploeger | lploeger@cooley.com |
| Michael Graham Rhodes | rhodesmg@cooley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     03/23/09                                        JAS
                                                    **Chambers of Judge Whyte**

ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND GRANTING PLAINTIFFS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT—No. C-07-02198 RMW
MAG                                     3