UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT, on Behalf of Himself and for the Benefit of All with Common or General Interest, Any Persons Injured, and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>EBAY, INC., DOES 1 to 100, inclusive.<br><br>          Defendant.<br><br>THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>EBAY, INC.,<br><br>          Defendant. | **Case No.** 07-CV-2198-RMW<br><br><br>**ORDER**<br><br><br><br><br><br><br><br><br>**Case No.** 07-CV-4487-RMW |

Defendant's Motion to Coordinate or Consolidate *Ewert v. eBay,* Cause No. 07-CV-2198-RMW and *The Missing Link, Inc., d/b/a Bath Plus, Inc.*, Cause No. 07-CV-4487 RMW, and to Dismiss Plaintiff EWERT's causes of action under the Consumer's Legal Remedies Act, Common Count for Money Had and Received, and Unjust Enrichment came on for hearing on June 5, 2009. After considering the pleadings on file and the arguments of counsel for the parties, it is hereby ORDERED:

    1.     The Court will treat Defendant's Motion to Dismiss under Rule 12(b)(6) as a Motion for Judgment on the pleadings under Rule 12(c).

    2.     Plaintiff has alleged facts sufficient to support his claim under the Consumer's Legal Remedies Act (CLRA), and therefore, Defendant's Motion is DENIED as to Plaintiff EWERT's first cause of action for violation of the CLRA.

ORDER

Ewert v. eBay, Inc., et al.           Page 1           USDC Case #07-CV-2198 RMW

3. Defendant's Motion is GRANTED as to Plaintiff EWERT's third cause of action, Common Count for Money Had and Received and fourth cause of action, for Unjust Enrichment.

4. Defendant's Motion for Coordinated pre-trial proceedings is GRANTED. The parties will confer and within fifteen (15) days from the date of the hearing will submit a proposed coordinated Joint Case Management Order containing a discovery plan up until the time of the Class Certification Hearing, with dates. If there are any matters upon which the parties cannot agree, the alternative proposals shall be submitted to the Court.

5. Defendant's request that Plaintiffs in the related actions file a single, joint Motion for Class Certification is DENIED.

In light of the rulings above, the Court hereby passes the Case Management Conference scheduled for June 5, 2009. At the request of counsel for eBay and counsel for Plaintiff, MICHAEL EWERT, the Court entertained arguments regarding an appropriate Protective Order to be entered regarding discovery in that case. It is hereby ORDERED:

That the parties will utilize the form Protective Order available on the website for the Northern District of California. That Protective Order will be entered without prejudice to Plaintiff's right to request modification of the Order in the event that application in this case becomes problematic.

SIGNED THIS __22nd__ day of _____June_____, 2009.

*Ronald M. Whyte*
Judge Ronald M. Whyte
United States District Judge

ORDER

Ewert v. eBay, Inc., et al.     Page 2     USDC Case #07-CV-2198 RMW