**E-FILED on** 12/30/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EBAY, INC., DOES 1-100, inclusive,<br><br>    Defendants. | No. C-07-02198 RMW<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE<br><br>**[Re Docket Nos. 87, 88]** |

On December 18, 2009, plaintiff Michael Ewert filed a motion to certify a class. The motion did not give notice of a hearing date as required under Local Rule 7-2(a). On December 23, 2009, plaintiff filed a motion to appoint counsel for the proposed class. This motion also failed to give notice of a hearing date. The court hereby sets the following briefing schedule and hearing date for both motions:

January 15, 2010: Opposition due

January 22, 2010: Reply due

February 5, 2010: Hearing on both motions at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South First Street, San Jose, California.

DATED:     12/30/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE—No. C-07-02198 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| John R. Fabry | jfabry@galyen.com |
| Charles Stewart Bishop | cbishop@connbish.com |
| Patricia Ann Carlson | pcarltex@sbcglobal.net |

**Counsel for Defendants:**

| | |
|---|---|
| Michael Graham Rhodes | rhodesmg@cooley.com |
| Heather Coe Meservy | hmeservy@cooley.com |
| Joseph Samuel Leventhal | leventhaljs@cooley.com |
| Lori Renee Ellis Ploeger | lploeger@cooley.com |
| Whitty Somvichian | wsomvichian@cooley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   12/30/09

                                CCL
**Chambers of Judge Whyte**

ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE—No. C-07-02198 RMW
CCL                                               2