**E-FILED on** 1/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., DOES 1-100, inclusive,<br><br>Defendants. | No. C-07-02198 RMW<br><br>ORDER SETTING AMENDED BRIEFING SCHEDULE AND HEARING DATE<br><br>**[Re Docket Nos. 86, 88]** |

On December 30, 2009, the court set a briefing scheduling and hearing date of February 5, 2010 for plaintiff Michael Ewert's motion to certify a class and to appoint counsel for the proposed class. In light of the parties' proposed scheduling order, which was filed on June 19, 2009, the court hereby vacates its earlier scheduling order and adopts the following amended briefing schedule and hearing date for both motions:

January 28, 2010: Opposition due

February 25, 2010: Reply due

March 19, 2010: Hearing on both motions at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South First Street, San Jose, California.

DATED: 1/4/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER SETTING AMENDED BRIEFING SCHEDULE AND HEARING DATE—No. C-07-02198 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| John R. Fabry | jfabry@galyen.com |
| Charles Stewart Bishop | cbishop@connbish.com |
| Patricia Ann Carlson | pcarltex@sbcglobal.net |

**Counsel for Defendants:**

| | |
|---|---|
| Michael Graham Rhodes | rhodesmg@cooley.com |
| Heather Coe Meservy | hmeservy@cooley.com |
| Joseph Samuel Leventhal | leventhaljs@cooley.com |
| Lori Renee Ellis Ploeger | lploeger@cooley.com |
| Whitty Somvichian | wsomvichian@cooley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/4/10

CCL
**Chambers of Judge Whyte**