UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

– o0o –

| | |
|---|---|
| MICHAEL EWERT, on Behalf of Himself and for the Benefit of All with Common or General Interest, Any Persons Injured, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EBAY, INC., DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. 07-CV-2198-RMW<br><br>ORDER DENYING DEFENDANT EBAY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF |

Defendant eBay, Inc. ("eBay") filed a Motion, pursuant to Local Rule 7-11, seeking administrative relief to file a single combined brief in opposition to two separate class action motions filed in *Ewert v. EBay, Inc.*, No. 07-CV-02198 RMW and *The Missing Link, Inc., et al. v. EBay, Inc.*, No. 07-CV-4487 RMW. Having considered the papers submitted by all parties, the Court finds that judicial economy will not be served by allowing Defendant to file a consolidated responsive memorandum motion. eBay's motion is hereby denied.

The Court hereby DENIES eBay's Motion for Administrative Relief.

IT IS SO ORDERED.

SIGNED THIS 14th day of January, 2010.

*Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Judge

**CLASS ACTION - ORDER DENYING DEFENDANT EBAY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF**