**United States District Court**
For the Northern District of California

**E-FILED on** 2/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT, on Behalf of Himself and for the Benefit of All with Common or General Interest, Any Persons Injured, and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EBAY, INC.,<br><br>    Defendants. | No. C-07-2198 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**[Re Docket No. 99]** |

Plaintiff Michael Ewert moves to file Exhibit C in support of Plaintiff's Motion for Class Certification under seal. Having reviewed plaintiff's motion, defendant eBay's declaration in support of the motion, and Exhibit C itself, the court finds that plaintiff has demonstrated good cause to file Exhibit C under seal. The court hereby grants plaintiff's motion.

DATED: 2/8/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL—No. C-07-2198 RMW
DMM

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| John R. Fabry | jfabry@galyen.com |
| Charles Stewart Bishop | cbishop@connbish.com |
| Herbert T. Schwartz | hschwartz@galyen.com |
| Patricia Ann Carlson | pcarltex@sbcglobal.net |

**Counsel for Defendants:**

| | |
|---|---|
| Michael G. Rhodes | rhodesmg@cooley.com |
| Heather C. Meservy | hmeservy@cooley.com |
| Joseph S. Leventhal | leventhaljs@cooley.com |
| Lori Ploeger | lploeger@cooley.com |
| Sarah R. Boot | sboot@cooley.com |
| Whitty Somvichian | wsomvichian@cooley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/8/10            CCL
**Chambers of Judge Whyte**