1  John R. Fabry, TSB No. 06768480
   (entered Pro Hac Vice)
2  jfabry@galyen.com
   Bailey & Galyen
3  18333 Egret Bay Blvd., Suite 120
   Houston, TX 77058
4  Telephone 281.355.7744
   Facsimile 281.355.5871
5
   Charles S. Bishop, CSB No. 99335
6  cbishop@connbish.com
   CONNOR & BISHOP
7  44 Montgomery Street, Suite 1750
   San Francisco, CA 94104
8  Telephone    415.434.3006
   Facsimile    415.434.1445
9
   Patricia Carlson, TSB No. 00798094
10 (entered Pro Hac Vice)
   pcarltex@sbcglobal.net
11 Carlson Law Office
   3242 Monarch
12 San Antonio, TX 78259
   Telephone 210.289.4252
13 Facsimile 210.545.7607

14 Attorneys for Plaintiff

*E-FILED - 3/17/10*

15                    **UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA; SAN JOSE DIVISION**

| | |
|---|---|
| 17  MICHAEL EWERT, on Behalf of Himself and for the Benefit of All with Common or General Interest, Any Persons Injured, and All Others Similarly Situated,<br><br>                    Plaintiff,<br>20  vs.<br><br>21  EBAY, INC., DOES 1 to 100, inclusive.<br><br>22                    Defendants. | **Case No.  07-CV-2189-RMW (PVT)**<br><br>STIPULATION AND [] ORDER CONTINUING HEARING DATES ON MOTIONS<br><br>New Date:    April 23, 2010<br>Time:        9:00 a.m.<br>Judge:       Hon. Ronald M. Whyte<br>Trial Date:  Not yet set |
| 23  THE MISSING LINK, INC., d/b/a BATH PLUS, Inc., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>26  vs.<br><br>27  EBAY, INC.,<br><br>                    Defendants. | **Case No. 07-CV- 04487-RMW**<br><br>STIPULATION AND [] ORDER CONTINUING HEARING DATES ON MOTIONS<br><br>New Date:    April 23, 2010<br>Time:        9:00 a.m.<br>Judge:       Hon. Ronald M. Whyte<br>Trial Date:  Not yet set |

STIPULATION AND [] ORDER CONTINUING HEARINGS ON MOTIONS

Ewert v. eBay, Inc., et al.           Page -1-           USDC Case #07-CV-2198 RMW

1  The hearings on the following motions in the above-captioned actions are currently scheduled for March 19, 2010:

    1. Plaintiff Michael Ewert's Motion for Class Certification

    2. Plaintiff Missing Link, Inc., d/b/a Bath Plus, Inc.'s Motion for Class Certification

    3. Plaintiff Michael Ewert's Motion to strike the Affidavit of eBay's Expert Witness Stephen D. Prowse, Ph.D., CFA

    4. Plaintiff Missing Link, Inc., d/b/a Bath Plus, Inc.'s Motion to strike the Affidavit of eBay's Expert Witness Stephen D. Prowse, Ph.D., CFA

The parties hereby stipulate and agree that the hearings of the said motions currently scheduled for March 19, 2010 shall be continued until April 23, 2010, at 9:00 a.m. or another date convenient for the Court.

SO STIPULATED.

Dated: 3-8-10

COOLEY GODWARD KRONISH LLP

By: _____
Whitty Somvichian
e-mail: wsomvichian@cooley.com
Attorneys for Defendant EBAY, INC.

Dated: _____

BAILEY & GALYEN

By: _____
John R. Fabry
e-mail: jfabry@galyen.com
Attorneys for Plaintiffs MICHAEL EWERT

Dated: _____

CHOROWSKY LAW OFFICES

By: _____
Ilan Chorowsky
e-mail: ichorowsky@gmail.com
Attorneys for Plaintiffs
THE MISSING LINK, INC., d/b/a BATH PLUS, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge Ronald M. Whyte
United States District Judge

STIPULATION AND [=======] ORDER CONTINUING HEARINGS ON MOTIONS

Ewert v. eBay, Inc., et al.                Page -2-                USDC Case #07-CV-2198 RMW

The hearings on the following motions in the above-captioned actions are currently scheduled for March 19, 2010:

1. Plaintiff Michael Ewert's Motion for Class Certification
2. Plaintiff Missing Link, Inc., d/b/a Bath Plus, Inc.'s Motion for Class Certification
3. Plaintiff Michael Ewert's Motion to strike the Affidavit of eBay's Expert Witness Stephen D. Prowse, Ph.D., CFA
4. Plaintiff Missing Link, Inc., d/b/a Bath Plus, Inc.'s Motion to strike the Affidavit of eBay's Expert Witness Stephen D. Prowse, Ph.D., CFA

The parties hereby stipulate and agree that the hearings of the said motions currently scheduled for March 19, 2010 shall be continued until April 23, 2010, at 9:00 a.m. or another date convenient for the Court.

SO STIPULATED.

Dated: _____

COOLEY GODWARD KRONISH LLP

By: _____
Whitty Somvichian
e-mail: wsomvichian@cooley.com
Attorneys for Defendant EBAY, INC.

Dated: 3/9/2010

BAILEY & GALYEN

By: _____
John R. Fabry
e-mail: jfabry@galyen.com
Attorneys for Plaintiffs MICHAEL EWERT

Dated: _____

CHOROWSKY LAW OFFICES

By: _____
Ilan Chorowsky
e-mail: ichorowsky@gmail.com
Attorneys for Plaintiffs
THE MISSING LINK, INC., d/b/a BATH PLUS, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge Ronald M. Whyte
United States District Judge

1  The hearings on the following motions in the above-captioned actions are currently scheduled
2  for March 19, 2010:
3     1.   Plaintiff Michael Ewert's Motion for Class Certification
4     2.   Plaintiff Missing Link, Inc., d/b/a Bath Plus, Inc.'s Motion for Class Certification
5     3.   Plaintiff Michael Ewert's Motion to strike the Affidavit of eBay's Expert Witness
6        Stephen D. Prowse, Ph.D., CFA
7     4.   Plaintiff Missing Link, Inc., d/b/a Bath Plus, Inc.'s Motion to strike the Affidavit of
8        eBay's Expert Witness Stephen D. Prowse, Ph.D., CFA
9  The parties hereby stipulate and agree that the hearings of the said motions currently
10 scheduled for March 19, 2010 shall be continued until April 23, 2010, at 9:00 a.m. or another date
11 convenient for the Court.
12 SO STIPULATED.
13 Dated: _____

COOLEY GODWARD KRONISH LLP

By: _____
Whitty Somvichian
e-mail: wsomvichian@cooley.com
Attorneys for Defendant EBAY, INC.

17 Dated: _____

BAILEY & GALYEN

By: _____
John R. Fabry
e-mail: jfabry@galyen.com
Attorneys for Plaintiffs MICHAEL EWERT

21 Dated: 3/8/10

CHOROWSKY LAW OFFICES

By: _____
Ilan Chorowsky
e-mail: ichorowsky@gmail.com
Attorneys for Plaintiffs
THE MISSING LINK, INC., d/b/a BATH PLUS, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated: 3/17/10

_____
Judge Ronald M. Whyte
United States District Judge

STIPULATION AND [========] ORDER CONTINUING HEARINGS ON MOTIONS

Ewert v. eBay, Inc., et al.    Page -2-    USDC Case #07-CV-2198 RMW

UNITED STATE DISTRICT COURT; NORTHERN DISTRICT OF CALIFORNIA
Case Name:        Ewert v. eBay, Inc.
Case Number:      07-CV-2198 RMW

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 44 Montgomery Street, Suite 1750, San Francisco, California 94104.

I hereby certify that on March 9, 2010, I electronically filed this STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES ON MOTIONS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

| | |
|---|---|
| Whitty Somvichian<br>Sarah Boot<br>Heather Coe Meservy<br>Joseph Samuel Leventhal<br>Lori Renee Ellis Ploeger<br>Michael Graham Rhodes<br>COOLEY GODWARD KRONISH LLP<br>101 California, 5th Floor,<br>San Francisco, CA 94111-5800<br>Attorneys for Defendant eBay, Inc. | wsomvichian@cooley.com<br>sboot@cooley.com<br>swarren@cooley.com<br>hmeservy@cooley.com<br>kjones@cooley.com<br>leventhaljs@cooley.com<br>bambrose@cooley.com<br>lploeger@cooley.com<br>elliottds@cooley.com<br>rhodesmg@cooley.com<br>lopezre@cooley.com<br>moyespe@cooley.com<br>sboot@cooley.com<br>llange@cooley.com |
| John R. Fabry<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | jfabry@galyen.com<br>mreese@galyen.com |
| Patricia Carlson<br>Carlson Law Office<br>3242 Monarch<br>San Antonio, TX 78259<br>Telephone 210.289.4252 | pcarltex@sbcglobal.net |

I declare under penalty of perjury under the laws of the State of California that all of the foregoing statements are true and correct and if called upon would testify competently thereto.

On March 9, 2010, at San Francisco, California

K. Shirley Kim