1
2
3
4                                              **E-FILED on** ___4/6/10_____
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11

<table>
<tr><td>12<br>13<br>14<br>15<br>16<br>17<br>18</td><td>MICHAEL EWERT, on Behalf of Himself<br>and for the Benefit of All with Common or<br>General Interest, Any Persons Injured, and All<br>Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>EBAY, INC.,<br><br>          Defendants.</td><td>No. C-07-2198 RMW<br><br>ORDER DENYING MOTION TO REPLACE<br>DOCUMENT AND TO FILE DOCUMENT<br>UNDER SEAL<br><br>**[Re Docket No. 114]**</td></tr>
</table>

19        Defendant eBay, Inc. ("eBay") moves to replace Docket No. 110-1 with a redacted version

20   and to file the redacted portion under seal.  Having reviewed the portion eBay seeks to file under

21   seal, the court denies the motion without prejudice.  The court does not see why the designated

22   portion is confidential since it provides no specifics and does not seem to disclose any information

23   that can reasonably be considered confidential.  eBay has 5 days to file further information justifying

24   filing the designated portion under seal.  Unless the court receives further information providing

25   good cause for sealing within 5 days, Docket No. 110-1 (unredacted) will be made public.

26

27   DATED: _____4/6/10_____          *Ronald M Whyte*
                                         _____
28                                       RONALD M. WHYTE
                                         United States District Judge

ORDER DENYING MOTION TO REPLACE DOCUMENT AND TO FILE DOCUMENT UNDER SEAL—No. C-2198 RMW
CCL

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| John R. Fabry | jfabry@galyen.com |
| Charles Stewart Bishop | cbishop@connbish.com |
| Herbert T. Schwartz | hschwartz@galyen.com |
| Patricia Ann Carlson | pcarltex@sbcglobal.net |

**Counsel for Defendants:**

| Michael G. Rhodes | rhodesmg@cooley.com |
| Heather C. Meservy | hmeservy@cooley.com |
| Joseph S. Leventhal | leventhaljs@cooley.com |
| Lori Ploeger | lploeger@cooley.com |
| Sarah R. Boot | sboot@cooley.com |
| Whitty Somvichian | wsomvichian@cooley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____4/6/10_____           _____CCL_____
                                           **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER DENYING MOTION TO REPLACE DOCUMENT AND TO FILE DOCUMENT UNDER SEAL—No. C-07-2198 RMW
CCL                                                    2