**E-FILED on** 10/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>EBAY, INC.,<br><br>   Defendant. | No. C-07-02198 RMW<br><br><br>ORDER DENYING REQUEST TO SEAL<br><br><br>**[Re Docket No. 127]** |
| THE MISSING LINK, INC., d/b/a BATH PLUS INC. and JEFFREY MARKS, individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>EBAY, INC.,<br><br>   Defendant. | No. C-07-04487 RMW<br><br><br>**[Re Docket No. 150]** |

Defendant eBay, Inc. ("eBay") requests that the court maintain the current redaction of its September 30, 2010 order. Having considered eBay's confidentiality contentions, the court does not

ORDER DENYING REQUEST TO SEAL    —No. C-07-02198 RMW C-07-04487 RMW
CCL

see a basis for keeping the currently redacted portions of its order under seal.  The unredacted order will be publicly filed in 10 days.

DATED: 10/15/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge