**E-FILED on** 11/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>EBAY, INC.,<br><br>   Defendant. | No. C-07-02198 RMW<br><br>ORDER CONSOLIDATING ACTIONS<br><br>**[Re Docket No. 129]** |
| THE MISSING LINK, INC., d/b/a BATH PLUS INC. and JEFFREY MARKS, individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>EBAY, INC.,<br><br>   Defendant. | No. C-07-04487 RMW<br><br>**[Re Docket No. 152]** |

On September 30, 2010, the court granted class certification in both *Ewert v. eBay, Inc.*, C-07-2198 ("Ewert Case") and *The Missing Link, Inc. v. eBay, Inc.*, C-07-04487 ("Missing Link Case"). In its September 30, 2010 order, the court ordered the parties to show cause as to why the

Ewert Case and the Missing Link Case should not be consolidated. Plaintiffs have filed an unopposed motion to consolidate the two cases. The court grants the motion and consolidates the Ewert Case and the Missing Link Case for all purposes, pursuant to Federal Rule of Civil Procedure 42(a). The consolidated case shall be entitled "In re eBay Litigation" and shall bear the case number of the earlier filed case: C 07-2198 RMW. After filing this order in each case, the Clerk of the Court is ordered to close the file on Case No. C 07-4487 RMW. All future filings shall be in the consolidated case file.

At the hearing on November 5, 2010, the parties were instructed to refine their proposal with respect to the appointment of lead counsel. This proposal shall be submitted no later than November 15, 2010.

DATED: 11/5/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge