UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EBAY LITIGATION | No. C-07- 2198 RMW <br><br> **ORDER APPOINTING LEAD COUNSEL FOR THE CLASS** <br><br> Judge: Honorable Ronald M. Whyte <br><br> Trial Date: Not yet set |

Having considered Plaintiffs' Joint Motion to Appoint Lead Counsel, Defendant eBay, Inc.'s ("eBay") opposition, and the arguments of counsel,

IT IS HEREBY ORDERED that Plaintiffs' Joint Motion to Appoint Lead Counsel is GRANTED as follows:

### ORGANIZATION OF PLAINTIFFS' COUNSEL

1. Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints the following firms as Plaintiffs' Co-Lead Counsel: BAILEY & GALYEN and MARKUN ZUSMAN & COMPTON, LLP.

1

2. Plaintiffs will employ a unified approach to all issues, including discovery and settlement, to be coordinated internally by Co-Lead Counsel. Disagreements among Plaintiffs' counsel, if any, will be resolved by Co-Lead Counsel, who will have final authority for all decisions on behalf of Plaintiffs.

3. eBay's counsel may rely upon all agreements made with Plaintiffs' Co-Lead Counsel, and such agreements are binding on Plaintiffs.

4. Communication on behalf of Plaintiffs will be made through Co-Lead Counsel.

5. The Court appoints Edward S. Zusman of MARKUN ZUSMAN & COMPTON, LLP as Liaison Counsel. Liaison Counsel shall have the following duties:

   a. Receiving communications from the Court and from eBay; and

   b. Except with regard to documents filed with the Court through the ECF system, receiving and, as appropriate, distributing notices, orders, motions, briefs, and any other documents or communications from the Court or eBay's counsel on behalf of all Plaintiffs' counsel, convening meetings of Plaintiffs' counsel, and advising Plaintiffs' counsel of developments.

6. Co-lead counsel shall have the following duties:

   a. Executing the orders of the Court concerning the conduct of the litigation. This includes participating in drafting pleadings, motions, oral argument, written discovery, depositions, or pre-trial preparation and settlement. Co-Lead Counsel may organize and delegate to other Plaintiffs' counsel matters to the extent appropriate for the efficient prosecution of the case;

   b. Designating and supervising the efforts of other Plaintiffs' counsel in a manner to ensure that the prosecution of the case for the Plaintiffs is conducted efficiently and effectively;

   c. Monitoring the activities of all Plaintiffs' counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided, including the avoidance of unnecessary or duplicative communications among, and unnecessary or duplicative attendance by, Plaintiffs' counsel;

   d. Determining and presenting (in briefs, oral argument, or any such fashion as may be appropriate, personally or by a

///

     designee) to the Court and opposing parties the position of the Plaintiffs on all matters;

  e. Coordinating the initiation and conduct of discovery on behalf of the Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of Interrogatories, Requests for Production of Documents, Requests for Admissions and examination of witnesses in deposition;

  f. Maintaining adequate time and disbursement records for all Plaintiffs' counsel;

  g. Assessing common litigation costs and collecting assessments as appropriate and necessary;

  h. Calling meetings of themselves and/or other Plaintiffs' counsel as appropriate or necessary from time to time;

  i. Initiating and conducting settlement negotiations with eBay's counsel;

  j. Making a good faith recommendation to the Court on the allocation of any attorneys' fees awarded by the Court; and

  k. Performing any other such duties as may be necessary for the litigation.

7. eBay may seek modification of this Order if it concludes that efforts on behalf of Plaintiffs have become unduly burdensome or inefficient.

IT IS SO ORDERED.

Dated: November 19, 2010

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE

3

ORDER APPOINTING LEAD COUNSEL FOR THE CLASS – C-07- 2198 RMW