| | |
|---|---|
| Edward S. Zusman (SBN 154366)<br>Kevin K. Eng (SBN 209036)<br>MARKUN ZUSMAN & COMPTON, LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Telephone: (415) 438-4515<br>Facsimile: (415) 434-4505 | John R. Fabry (Admitted Pro Hac Vice)<br>BAILEY & GALYEN<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: 281.335.7744<br>Facsimile: 281.335.5871<br><br>Attorneys for Plaintiff Michael Ewert |
| Attorneys for Plaintiffs the Missing Link, Inc., d/b/a Bath Plus Inc., and Jeffrey Marks | COOLEY LLP<br>Whitty Somvichian (SBN 194463)<br>101 California St, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2061<br>Facsimile: (415) 951-3699<br><br>Attorneys for Defendant eBay, Inc.<br><br>(Additional Counsel listed on following page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EWERT, on Behalf of Himself and for the Benefit of All with Common or General Interest, Any Persons Injured, and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>EBAY, INC., DOES 1 to 100, inclusive.<br><br>        Defendant. | Case Nos.   C 07-2198 RMW<br>                   C 07-4487 RMW<br><br>**STIPULATION REGARDING SCHEDULING AND ORDER**<br><br>Date:      N/A<br>Time:     N/A<br>Courtroom: 6, 4th Floor<br>Judge:    Hon. Ronald M. Whyte |
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., and JEFFREY MARKS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>EBAY INC.,<br><br>        Defendant. | |

Having conferred on the matter, the parties stipulate to the following discovery and trial schedule and ask the Court to enter this Stipulation as its Scheduling Order:[1]

1. Fact Discovery Cut-Off: All non-expert discovery must be served in time so that responses are due no later than November 17, 2011. All non-expert depositions must be commenced by November 17, 2011. After that date, fact discovery may be reopened without further order of the Court only for the limited purpose of pursuing additional discovery based on the testimony of the experts, and only to the extent that either side's expert has offered testimony based on evidence not previously disclosed during fact discovery. The parties will confer on any proposed schedule for the reopening of discovery if that should become necessary.

2. Expert Discovery:

   a. Plaintiffs' Expert Report: Plaintiffs' expert report and disclosure shall be served no later than December 14, 2011.

   b. Defendant's Expert Report: Defendant's expert report and disclosure shall be due no later than January 26, 2012.

   c. Expert Depositions: Depositions of experts must be completed by February 23, 2012.

   d. "Daubert" Motions: Daubert motions, if any, must be filed within 30 days of completing the deposition of the expert who is the subject of the motion.

3. Dispositive Motions: Any Motions for Summary Judgment or Partial Summary Judgment shall be filed by no later than April 27, 2012.

4. Trial: The Pre-Trial Conference shall be held on June 29, 2012, or as soon thereafter as the Court's schedule permits.

5. Class Notice: The parties agree that Class Notice should not be scheduled at this time as the parties are working together and contemplate production of documents and further evaluation that could lead to settlement or narrowing of issues that would implicate the notice.

///

---

[1] On July 8, 2011, eBay filed a Motion to Decertify the Class, which is now set for hearing on September 2, 2011 at 9:00 a.m. Should the Court grant that motion, eBay anticipates that the parties would need to enter a further scheduling stipulation.

The parties will report to the court on the status of these efforts and the timing of notice within ninety days of the entry of this order.

                                          Respectfully submitted,

August 9, 2011                  MARKUN ZUSMAN & COMPTON LLP

                                          By:  \_\_/s/ Edward S. Zusman_____
                                                  Edward S. Zusman

                                          Attorneys for Plaintiffs The Missing Link d/b/a Bath Plus, Inc. and Jeffrey Marks

August 9, 2011                  BAILEY & GALYEN

                                          By:  \_\_/s/ John R. Fabry_____
                                                  John R. Fabry

                                          Attorneys for Plaintiff Michael Ewert

August 9, 2011                  COOLEY LLP

                                          By:  \_\_/s/ Whitty Somvichian_____
                                                  Whitty Somvichian

                                          Attorneys for Defendant eBay, Inc.

## [PROPOSED] ORDER

The parties' proposed schedule is hereby approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_\_\_August 11_____, 2011      *Ronald M. Whyte*
                                              Hon. Ronald M. Whyte

1230742 v1/SF