**United States District Court**
For the Northern District of California

**E-FILED on** 9/2/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EBAY LITIGATION | No. C-07-02198 RMW<br><br>ORDER DENYING MOTION FOR CLASS DECERTIFICATION<br>**[Re Docket No. 141]** |

Defendant eBay Inc. moves to decertify the class certified by this court on September 30, 2010, because it contends that continuing certification is inconsistent with the Rule 23 standards recently articulated by the Supreme Court in *Wal-Mart Stores, Inc., v. Dukes*, No. 10-277 (June 20, 2011), 2011 WL 2437013. For the reasons discussed at the hearing held on September 2, 2011, the court denies the motion.

As discussed at the hearing, the parties are ordered to submit a proposed schedule for filing and hearing a motion for summary judgment on plaintiffs' damages theory by September 30, 2011. The parties are to agree on the discovery, if any, that is needed for the motion. If the parties cannot agree, the parties are each to submit a proposal and the court will resolve any differences. A further case management conference will be held on September 30, 2011.

ORDER DENYING MOTION FOR CLASS DECERTIFICATION —No. C-07-02198 RMW
MEC

DATED: 9/2/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION FOR CLASS DECERTIFICATION —No. C-07-02198 RMW
MEC                                   2