| | |
|---|---|
| Edward S. Zusman (SBN 154366)<br>Kevin K. Eng (SBN 209036)<br>MARKUN ZUSMAN & COMPTON, LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Telephone: (415) 438-4515<br>Facsimile: (415) 434-4505<br><br>John R. Fabry (Admitted Pro Hac Vice)<br>BAILEY & GALYEN<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: 281.335.7744<br>Facsimile: 281.335.5871<br><br>Attorneys for Plaintiffs and the Class | COOLEY LLP<br>Whitty Somvichian (SBN 194463)<br>101 California St, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2061<br>Facsimile: (415) 951-3699<br><br>Attorneys for Defendant eBay, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: EBAY LITIGATION** | Case No.   C 07-2198 RMW (PSG)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [] ORDER**<br><br>Date:         September 30, 2011<br>Time:        10:30 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:       Hon. Ronald M. Whyte |

On September 2, 2011, the parties appeared before the Court in connection with Defendant's Motion For Class Decertification. During the hearing, the Court addressed the issue of Plaintiffs' damages theory. The Court ordered the parties to meet and confer regarding a proposed schedule for filing and hearing a motion for summary judgment on Plaintiffs' damages theory. The Court ordered that the parties submit, by September 30, 2011, either: (1) a joint proposed schedule, including a discovery plan; or (2) if unable to agree on a joint proposal, separate proposals. The Court also set a Further Case Management Conference for September 30, 2011.

Plaintiffs' Counsel has met and conferred with Defendant's Counsel regarding a continuance. Defendant does not oppose a continuance. The parties are mutually available on October 28 and November 11, 2011 for a Further Case Management Conference.

Therefore, Plaintiffs respectfully request that the September 30, 2011 Further Case Management Conference be continued to October 28 or November 11, 2011.

Respectfully submitted,

September 26, 2011              MARKUN ZUSMAN & COMPTON LLP

                                By:  /s/ Edward S. Zusman
                                     Edward S. Zusman

                                Attorneys for Plaintiffs and the Class
September 26, 2011              COOLEY LLP

                                By:  /s/ Whitty Somvichian
                                     Whitty Somvichian

                                Attorneys for Defendant eBay, Inc.

///

///

///

///

///

1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [] ORDER – C 07-2198 RMW (PSG)**

1 **[] ORDER**

2   The parties' proposed stipulation is hereby approved. The Further Case Management
3 Conference scheduled for September 30, 2011 is vacated, and a Further Case Management
4 Conference is set for _____, 2011.
5 PURSUANT TO STIPULATION, IT IS SO ORDERED.

6
7
8 Dated: _____, 2011      *Ronald M. Whyte*
                                       Hon. Ronald M. Whyte
9

2

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [] ORDER – C 07-2198 RMW (PSG)**