**E-filed on:** 9/11/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EBAY LITIGATION | No. C-07-02198 RMW <br><br> JUDGMENT |

On September 10, 2012, the court dismissed this action with prejudice. Therefore, it is hereby adjudged that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of defendants.

DATED: September 11, 2012

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-07-02918 RMW
CCL