1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No.: 07-cv-2198 RMW

**ORDER RE: SEALING**

IN RE: EBAY LITIGATION

11

12

13

14

15

16

17

18     At oral argument on August 24, 2012, the court indicated that it was inclined to grant the

19   parties' motions to seal as to the report of Dr. Stephen Prowse and attached exhibits, but deny the

20   motions as to the remaining materials.  The court invited eBay to submit briefing as to why the

21   remaining materials were confidential or otherwise entitled to sealing.  eBay has not filed any

22   additional briefing on this issue.  Accordingly, eBay may file under seal only the following

23   documents: the Affidavit of Dr. Stephen Prowse, Appendix I thereto, and Exhibits 1-6 to Dr.

24   Prowse's expert report.

25   DATED:  September 11, 2012

26

27

28   07-cv-2198 RMW
     ORDER RE SEALING

_____
Ronald M. Whyte
United States District Judge

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07-cv-2198 RMW
ORDER RE SEALING