UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: EBAY LITIGATION** | Case No. C-07-2198 RMW (PSG)<br><br>**REVISED ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL [DKT. NOS. 159, 168, 170]** |

Having reviewed Defendant eBay Inc.'s ("eBay") Administrative Motions to File Documents Under Seal (Dkt. Nos. 159, 170), Plaintiffs' Administrative Motion to File Documents Under Seal (Dkt. No. 168), and the Declaration of Paul Armbruster in Support of eBay's Administrative Motion to File Documents Under Seal (Dkt. No. 159-1), as well as the revised proposed redactions lodged with the Court by eBay on September 14, 2012, and good cause appearing therefor, the Court hereby GRANTS the Parties' Motions in part.

Accordingly, the Court hereby orders that eBay may file under seal portions of the following documents, with the redacted versions lodged with the Court by eBay on September 14, 2012 to be filed in the public record:

- eBay's Notice of Motion and Motion (and in particular, portions of the Memorandum of Points and Authorities contained therein);

- eBay's Reply in Support of Motion for Summary Judgment;

- Declaration of Toni Sehlmeier in Support of Defendant eBay Inc.'s Motion for Summary Judgment;

- Exhibit A to the Declaration of Candace Jackman in Support of eBay's Motion for Summary Judgment (eBay's Supplemental Responses to Missing Link's Interrogatories);

- Exhibit B to the Declaration of Candace Jackman in Support of eBay's Motion for Summary Judgment (Deposition Transcript of eBay Rule 30(b)(6) Deponent, Nathan Etter); and

- Exhibit F to the Declaration of Candace Jackman in Support of eBay's Motion for Summary Judgment (Declaration of Jonathan Watkins in Support of eBay's Opposition to Plaintiffs' Motion for Class Certification).

Furthermore, the Court hereby orders that Plaintiffs may file under seal the following document, with the redacted version lodged with the Court by eBay on September 14, 2012 to be filed in the public record:

- Exhibit 7 to the Declaration of Kevin Eng in Opposition to Defendant's Motion for Summary Judgment (Deposition Transcript of eBay Rule 30(b)(6) Deponent, Nathan Etter).

IT IS SO ORDERED.

Dated: ___Sept. 20_____, 2012        By: /s/ Ronald M. Whyte
                                             Ronald M. Whyte
                                             United States District Judge