1  Edward S. Zusman (SBN 154366)
   Kevin K. Eng (SBN 209036)
2  **MARKUN ZUSMAN & COMPTON, LLP**
   465 California Street, Suite 500
3  San Francisco, CA 94104
   Telephone: (415) 438-4515
4  Facsimile: (415) 434-4505

5  Attorneys for Plaintiffs and the Class

6

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                           SAN JOSE DIVISION
10

11 **IN RE: EBAY LITIGATION**            Case No.    C 07-2198 RMW (PSG)

12                                       **NOTICE OF APPEAL**
13

14

15

16

17

18         NOTICE IS HEREBY GIVEN that Plaintiffs and the Class hereby appeal to the United
19 States Court of Appeals for the Ninth Circuit from the final judgment of this District Court,
20 entered in this action on September 11, 2012 (a true and correct copy of which is attached as
21 Exhibit A), and all interlocutory orders that gave rise to that judgment, including but not limited
22 to the District Court's order granting Defendant eBay Inc.'s Motion for Summary Judgment
23 entered in this action on September 10, 2012 (a true and correct copy of which is attached as
24 Exhibit B), and the Court's Order Denying Plaintiff's Motion For Leave To File Second
25 Amended Complaint and Granting Defendant's Motion To Dismiss Plaintiff's First Amended
26 Complaint, entered on August 12, 2008 (a true and correct copy of which is attached as Exhibit
27 C).
28 ///

**NOTICE OF APPEAL – C 07-2198 RMW (PSG)**

Further, pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), a Representation Statement is attached as Exhibit D.

Dated: October 10, 2012                    Respectfully submitted,

                                                **MARKUN ZUSMAN & COMPTON LLP**

                                                By:  /s/Kevin K. Eng
                                                        Edward S. Zusman
                                                        Kevin K. Eng
                                                        Attorneys for Plaintiffs and the Class